IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **PUERTO RICO PRIVACY ASSOCIATION, INC., ET AL.,** *Plaintiffs,* <br><br> *v.* <br><br> **UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,** *Defendants.* | No. 26-cv-01111-GMM |

## JOINT MOTION TO STAY THE PROCEEDINGS

TO THE HONORABLE COURT:

The parties in the above-captioned case respectfully submit this joint motion to request that the Court stay the proceedings in the above-captioned case pending exhaustion and final adjudication of any appeal of the following district court ruling: *Flowers Title Companies, LLC v. Bessent*, No. 6:25-CV-127-JDK, 2026 WL 782283, at *1 (E.D. Tex. Mar. 19, 2026).

Plaintiffs' Complaint (ECF No. 1) challenges FinCEN's Anti-Money Laundering Regulations for Residential Real Estate Transfers, 89 Fed. Reg. 12,424 (February 16, 2024) (codified at 31 C.F.R. § 1031.320), a final rule issued on August 29, 2024, and effective March 1, 2026 (the "Rule"). The Complaint asserts claims pursuant to the Administrative Procedure Act ("APA") and the Fourth Amendment. The legal issues and controversies presented in the Complaint in this case are the same as, or similar to, those presented in the *Flowers* case.

On March 19, 2026, the district court in *Flowers* vacated and set aside the Rule. 2026 WL 782283, at *1. Currently, the district court's decision in *Flowers* is a vacatur under the APA that sets aside the Rule itself, not just its application to the *Flowers* parties, and the U.S. Court of Appeals for

the Fifth Circuit treats vacatur as not party-restricted. Accordingly, the Rule is not in force anywhere in the United States while the *Flowers* order stands, effecting thereby plaintiffs' requested relief.

The parties have met and conferred and seek to stay these proceedings until exhaustion and final adjudication of any appeal of the *Flowers* litigation, including any appellate proceedings before the Fifth Circuit or the U.S. Supreme Court. The parties agree that under these circumstances, a stay would promote judicial economy and efficiency. The Rule has been vacated and set aside, and any appellate determinations in *Flowers* could conclusively dispose of the case and controversy between the parties in this case.

If the Court were to grant this stay, the parties agree to confer following exhaustion and final adjudication of any appeal of the *Flowers* litigation and take appropriate steps in this case, including (but not limited to) setting a briefing schedule, if necessary.

## REQUEST FOR RELIEF

WHEREFORE, the parties respectfully request that the Court enter an Order setting aside any applicable deadlines and staying all further proceedings in this matter, including discovery, pre-trial motions, and trial, until final adjudication of any appeal of the *Flowers* litigation, including any appellate proceedings before the Fifth Circuit or the U.S. Supreme Court.

## CERTIFICATION

WE HEREBY CERTIFY that on this date, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on May 1, 2026.

**W. STEPHEN MULDROW**
United States Attorney
350 Carlos Chardón St., Suite 1201
San Juan, Puerto Rico 00918


*s/Dennise N. Longo Quiñones*
Dennise N. Longo Quiñones
Assistant U.S. Attorney
USDC-PR 211408
Tel. (787) 282-1928
dennise.longo.quinones@usdoj.gov


*Counsel for Defendants*

**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, Massachusetts 02110-1726
Tel.: (617) 341-7700
Fax: (617) 341-7701


*s/Andrew M. Buttaro*
Andrew M. Buttaro
*Pro hac vice*
andrew.buttaro@morganlewis.com

*s/ Jonathan M. Albano*
Jonathan M. Albano (*Pro hac vice*)
jonathan.albano@morganlewis.com

*s/Siobhan E. Mee*
Siobhan E. Mee (*Pro hac vice*)
siobhan.mee@morganlewis.com

*s/Caroline C. Gillette*
Caroline C. Gillette (*Pro hac vice*)
caroline.gillette@morganlewis.com

**BLOCK LEGAL LLC**
270 Muñoz Rivera Avenue, Suite 350 San Juan,
Puerto Rico 00918
Tel: (787) 705-8162

*s/ Marisara Meléndez-Torres*
Marisara Meléndez-Torres
USDC-PR No. 303903
mmelendez@blolex.com

*s/ Yalís De Jesús-Arocho*
Yalís De Jesús-Arocho
USDC-PR No. 302802
ydejesus@blolex.com

*s/ Roberto Blanes-Ibarra*
Roberto Blanes-Ibarra
(USDC-PR No. 231608)
rblanes@blolex.com

*Counsel for Plaintiffs*

3