**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PUERTO RICO PRIVACY ASSOCIATION, INC., ET AL., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **Civil No. 26-1111 (GMM)** |

**JUDGMENT**

On May 1, 2026, the parties filed *Joint Motion to Stay the Proceedings*, pending exhaustion and final adjudication of any appeal of the following district court ruling: *Flowers Title Companies, LLC v. Bessent*, No. 6:25-CV-127-JDK, 2026 WL 782283, at *1 (E.D. Tex. Mar. 19, 2026). (Docket No. 28). The parties informed that any appellate determination could conclusively dispose of the case and controversy between the parties in this case. (Id. at 2).

Accordingly, and pursuant to this Court's order at Docket No. 29, the case is STAYED and shall be administratively closed, while the stay is in effect. The case can be reopened upon motion by the parties informing of judicial developments.

The case is now closed for statistical purposes.


IT IS SO ORDERED.

In San Juan, Puerto Rico, on May 5, 2026.


/s/ Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
United States District Judge